# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer <br><br> v. <br><br> Ralphs Grocery Company et al. <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER: <br><br> 2:20-cv-02194-CJC-MRW <br><br> **NOTICE OF MEDIATION DATE** |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for October 6, 2020 at 10:00 ☑ a.m. / ☐ p.m.

LOCATION: Telephone conference

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: September 4, 2020

Panel Mediator: Frank Kaplan
Address: 5473 Collingwood Circle
Calabasas, CA 91302

Phone: 310-429-2067