SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:(714) 513-5100
Facsimile: (714) 513-5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ralphs Grocery Company, a Delaware Limited Liability company, and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02194-CJC-MRW<br>Hon. Cormac J. Carney, 9B<br><br>**DECLARATION OF EVETTE MCKINNEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Date:**　　December 7, 2020<br>**Time:**　　1:30 p.m.<br>**Ct. Rm.:**　9B<br><br><br>Action Filed:　March 6, 2020<br>Trial:　　　　None Set |

SMRH:4844-9788-6161.1　　DECLARATION OF EVETTE MCKINNEY IN SUPPORT OF MOTION FOR SUMMARY
　　　　　　　　　　　　　　　　JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

# DECLARATION OF EVETTE MCKINNEY

I, Evette McKinney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Claims Litigator for Ralphs Grocery Company. As part of my job duties, I have been to and am personally familiar with the current condition of the Ralphs store located at 17840 Ventura Blvd., Encino, California 91316 (the "Store"), including without limitation, the accessibility of the parking spaces and access aisles. I am also familiar with Ralphs' policies and practices for assisting customers with disabilities. I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would competently testify as follows:

2. After Plaintiff's complaint was filed, Defendant hired a paving company to remove the built-up curb ramps that used to project into the access aisles of the accessible parking spaces. The built-up curb ramps have been removed and the slopes of the accessible parking spaces and access aisles are currently less than 2%.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct.

Executed November 9, 2020

*[Signature]*