SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:(714) 513-5100
Facsimile: (714) 513-5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>              Plaintiff,<br><br>      v.<br><br>Ralphs Grocery Company, a Delaware Limited Liability company, and Does 1-10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-02194-CJC-MRW<br>Hon. Cormac J. Carney, 9B<br><br>**DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Date:      December 7, 2020**<br>**Time:      1:30 p.m.**<br>**Ct. Rm.:  9B**<br><br>Action Filed:    March 6, 2020<br>Trial:            None Set |

SMRH:4841-6135-8801.1

DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

## <u>DECLARATION OF MICHAEL J. CHILLEEN</u>

I, Michael J. Chilleen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner at Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant, Ralphs Grocery Company ("Defendant").  I make this Declaration based on my own personal knowledge of the matters set forth herein.  If called as a witness in this case, I could and would competently testify as follows:

2.     Plaintiff did not propound any discovery in this case and Plaintiff's document production did not include any documents concerning the construction/alteration history of the alleged barriers or the statutory factors of the readily achievable analysis.

3.     Attached to this Declaration as Exhibit A is a true and correct copy of Plaintiff's Response to Defendant's Document Request Nos. 9 and 16.

4.     Attached to this Declaration as Exhibit B is a true and correct copy of Plaintiff's Response to Defendant's Interrogatory Nos. 15 and 16.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct.

Executed November 9, 2020, at Costa Mesa, California.


*/s/ Michael J. Chilleen*
Michael J. Chilleen

DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION