SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ralphs Grocery Company, a Delaware Limited Liability company, and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02194-CJC-MRW<br>Hon. Cormac J. Carney, 9B<br><br>**DEFENDANT RALPHS GROCERY COMPANY'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Date:** December 7, 2020<br>**Time:** 1:30 p.m.<br>**Ct. Rm.:** 9B<br><br>Action Filed: March 6, 2020<br>Trial: None Set |

Defendant Ralphs Grocery Company ("Defendant") hereby submits its Statement of Uncontroverted Facts in support of its Motion for Summary Judgment, or in the Alternative, Summary Adjudication.

## STATEMENT OF UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff's Complaint alleges only one barrier: a built-up curb ramp in the access aisle that exceeds the maximum slope requirements allowed by the ADA. | (Complaint ¶12). |
| 2. The built-up curb ramps have been removed. | (McKinney Decl. ¶2; Exhibit A to McKinney Decl.). |
| 3. Plaintiff has no information regarding the construction/alterations history of the alleged barriers. | (Chilleen Decl. ¶2; Plaintiff's Response to Defendant's Document Request No. 16, attached as Exhibit A to Chilleen Decl.). |
| 4. Plaintiff has no information regarding the statutory factors of the readily achievable analysis. | (Chilleen Decl. ¶2; Plaintiff's Response to Defendant's Document Request No. 9, attached as Exhibit A to Chilleen Decl.; Plaintiff's Response to Defendant's Interrogatories Nos. 15 and 16, attached as Exhibit B to Chilleen Decl.). |


1 | Dated: November 9, 2020
2
3 |                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4
5 | By    /s/ Michael J. Chilleen
        GREGORY F. HURLEY
6       MICHAEL J. CHILLEEN
        Attorneys for Defendant
7       RALPHS GROCERY COMPANY
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

SMRH:4825-9976-6993.1    SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION