# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ralphs Grocery Company, a Delaware Limited Liability company, and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02194-CJC-MRW<br>Hon. Cormac J. Carney, 9B<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Date:**　December 7, 2020<br>**Time:**　1:30 p.m.<br>**Ct. Rm.:　9B**<br><br>Action Filed:　March 6, 2020<br>Trial:　　　　None Set |

Defendant Ralphs Grocery Company's ("Defendant") Motion for Summary Judgment came on for hearing on December 7, 2020 at 1;30 p.m. in Courtroom 9B of the above-titled Court.

After considering the papers, the evidence, and the arguments of counsel, the Court issues the following **ORDER**:

There are no disputed issues of material fact.  Defendant's Motion is **GRANTED** in its entirety and all of Plaintiff's claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
HONORABLE CORMAC J. CARNEY
Judge of the U.S. District Court