Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
disabilityrights@manninglawoffice.com

Attorneys for Plaintiff: ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY, a Delaware Limited Liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No.: 2:20-CV-02194-CJC-MRW**<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO THE DEFENSE MOTION**<br><br>Hon. Cormac J. Carney<br><br>Date: December 7, 2020<br>Time: 1:30 p.m.<br>Court: 9B |

1  After review of Defendant's submission of declarations and evidence in
2  support of its summary judgment motion (ECF No. 24), Plaintiff agrees that the ADA
3  violations identified in paragraph 12 of the Complaint (ECF No. 1) have been altered
4  and the federal remedy has been rendered moot. On that basis, the plaintiff does not
5  oppose Defendant's motion.

Dated: November 16, 2020                         **MANNING LAW, APC**

                                        By: /s/ Joseph R. Manning Jr., Esq.
                                                   Joseph R. Manning Jr., Esq.
                                                   Attorneys for Plaintiff