JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No.: CV 20-02194-CJC (MRWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| RALPHS GROCERY COMPANY and DOES 1-10, | |
| Defendants. | |

This action came before the Court on Defendant's Motion for Summary Judgment, which Plaintiff did not oppose. (Dkts. 24, 25.) As set out in the Court's concurrently issued order, judgment is entered in favor of Defendant on Plaintiff's Americans with Disabilities Act claim.

DATED: November 17, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-